## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Tales.com, Inc., et al.

                                        Plaintiff,

v.                                                      Case No.: 1:25−cv−03146
                                                        Honorable Georgia N Alexakis

The Partnerships Identified on Schedule A

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 16, 2025:

     MINUTE entry before the Honorable Georgia N Alexakis:Per plaintiff's notice of dismissal [35], pursuant to Federal Rule of Civil Procedure 41, this matter is dismissed with prejudice as to all defendants. Plaintiff's motion for a preliminary injunction [31] is moot. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.